No. D–782. IN RE DISBARMENT OF RICKS. Everett Emett Ricks, Jr., of Long Beach, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The order of disbarment entered August 11, 1989 [492 U. S. 930], is vacated. The rule to show cause, heretofore issued on May 1, 1989 [490 U. S. 1044], is hereby discharged.

No. D–794. IN RE DISBARMENT OF MONTEMAYOR. Disbarment entered. [For earlier order herein, see 491 U. S. 903.]

No. D–797. IN RE DISBARMENT OF RIPES. Lawrence Ripes, of Northbrook, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 11, 1989 [492 U. S. 931], is hereby discharged.

No. D–800. IN RE DISBARMENT OF KLAN. Disbarment entered. [For earlier order herein, see 492 U. S. 931.]

No. D–811. IN RE DISBARMENT OF POWELL. It is ordered that Nathan Norton Powell, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Motion of the state parties to reopen the decree to determine disputed boundary claims with respect to the Fort Mojave, Colorado River, and Fort Yuma Indian Reservations granted. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier decision herein, see, e. g., 466 U. S. 144.]